United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 7, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-11118
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

RAMON CASTRO-LEON, also known as Richard Placencia, also
known as Ramon Leon-Castro, also known as Jose Ramon-Castro,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:02-CR-404-ALL-D
--------------------

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

      The Federal Public Defender appointed to represent Ramon

Castro-Leon (Castro) has moved for leave to withdraw and has

filed a brief in accordance with <u>Anders v. California</u>.[1]  Castro

was notified of counsel's motion and brief and did not file a

response.

_____

      [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

      [1]386 U.S. 738 (1967).

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[2]

---

[2] See 5TH CIR. R. 42.2.